PS 42
(Rev 07/93)

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

United States of America )
)
vs )
)
Ruben Gonzalez Fabian )  Case No. 0650 3:12CR00112-2
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ruben Gonzalez Fabian_____, have discussed with Burton Putman, Pretrial Services / Probation Officer, modification of my release as follows:

The defendant's travel is restricted to the Middle District of Tennessee, and the Southern District of Texas.

(Note: The original conditions reflect that the defendant's travel is restricted to the Middle District of Tennessee, and the Western District of Texas. The defendant actually resides in the Southern District of Texas.)

I consent to this modification of my release conditions and agree to abide by this modification.

X Ruben Gonzalez _____   _____  7/24/12
Signature of Defendant   Date    Burton Putman   Date
                                 Supervisory U.S. Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____       8.20.2012
Signature of Defense Counsel    Date

☒ The above modification of conditions of release is ordered, to be effective on 8/20/12

☐ The above modification of conditions of release is not ordered.

John Bryant USMJ         August 20, 2012
Signature of Judicial Officer    Date