UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00112 |
| ) | JUDGE CAMPBELL |
| CARLOS CAEZ-ROSA and ) | |
| RUBEN GONZALEZ FABIAN ) | |

## ORDER

Pending before the Court is Defendant Carlos Caez Rosa's Motion to Continue Trial (Docket No. 35) and Defendant Carlos Caez Rosa's Motion to Strike Motion to Continue Trial (Docket No. 36).

The Motion to Strike (Docket No. 36) is GRANTED and the Motion to Continue Trial (Docket No. 35) is moot.

The change of plea hearing and/or pretrial conference remains scheduled for February 15, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE