UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00112 |
| ) | JUDGE CAMPBELL |
| RUBEN GONZALEZ FABIAN and ) | |
| CARLOS CAEZ-ROSA ) | |

### ORDER

Pending before the Court is Defendant Ruben Gonzalez Fabian's Motion to Continue Trial (Docket No. 38).

The pretrial conference for Defendant Ruben Gonzalez Fabian is continued to February 25, 2013, at 12:00 p.m., to allow Defendant's counsel to obtain a waiver. The trial for Defendant Ruben Gonzalez Fabian remains scheduled for February 26, 2013.

The plea hearing for Defendant Carlos Caez-Rosa remains scheduled for February 15, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE