UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00112 |
| | ) | JUDGE CAMPBELL |
| CARLOS CAEZ ROSA | ) | |

## ORDER

Pending before the Court are the Government's Motion To Withdraw Document (Docket No. 59), and the Government's Motion For Leave To File Motion Under Seal (Docket No. 56). The Motions are GRANTED.

Also pending before the Court is the Motion Of The United States To Affirm Administrative Forfeiture And To dismiss Forfeiture Allegation In Indictment (Docket No. 58). The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE